IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOMINIQUE FRANKLIN, SR. Individually, and as Administrator of the Estate of DOMINIQUE FRANKLIN, JR., deceased, </br></br>Plaintiff(s),</br></br>v.</br></br>The CITY OF CHICAGO, a Municipal Corporation, OFFICERS JUAN YANEZ, COSENTINO, AND JOHN DOE,</br></br>Defendant(s). | Case No. 14 CV 03849</br></br></br></br></br></br>Judge Jorge L. Alonso |

## NOTICE OF MOTION

To:  Victoria Benson                        Dana Pesha
     Assistant Corporation Counsel          Assistant Corporation Counsel
     30 N. LaSalle Street, Suite 900        30 N. LaSalle Street, Suite 900
     Chicago, IL 60602                      Chicago, IL 60602

PLEASE TAKE NOTICE that on the 10th day of January, 2016 at 9:30 a.m., I shall appear before the Honorable Judge Alonso in the courtroom usually occupied by him in the United States District Court, 219 South Dearborn, Chicago, Illinois, and then and there present the attached **PLAINTIFF'S MOTION TO EXTEND TIME FOR EXPERT DISCLOSURES.**
.
.

                                                  Respectfully Submitted,
                                                  /s/Standish E.Willis
                                                  Standish E. Willis
                                                  Attorney At Law

THE LAW OFFICES OF STANDISH E. WILLIS, LTD.
29 E. Madison Street, Suite 1802
Chicago, IL 60602
(312) 750-1950