# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DOMINIQUE FRANKLIN, SR. Individually, and as Administrator of the Estate of DOMINIQUE FRANKLIN, JR. deceased, <br><br> Plaintiff(s), <br><br> v. <br><br> The CITY OF CHICAGO, a Municipal Corporation, OFFICERS JUAN YANEZ, COSENTINO, AND JOHN DOE, <br><br> Defendant(s). | Case No. 14 CV 03849 <br><br> Judge Jorge L. Alonso |

## STIPULATION TO DISMISS WITH LEAVE TO REINSTATE

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with leave to reinstate solely in the event that the Chicago City Council rejects the Release and Settlement Agreement filed herewith, and with each party bearing its own costs and attorney's fees in accordance with the terms of the Release and Settlement Agreement and the Final Agreed Order of Dismissal.

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

_Standish E. Willis_
Standish E. Willis
Attorney for Plaintiff,
Dominique Franklin, Sr. as Administrator
of the Estate of Dominique Franklin, Jr.
Law Office of Standish E. Willis
29 East Madison Street, Suite 1802
Chicago, Illinois 60602
(312) 750-1950
Attorney No. 53066
FEIN: 01-0776268
DATE: May 29, 2017

EDWARD N. SISKEL
Corporation Counsel
Attorney for defendant City of Chicago

BY: _Thomas Platt_
Thomas Platt
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-4833
Attorney No. 6181260
DATE: 6/2/2017

*Dana O'Malley*

Dana O'Malley, Senior Counsel
Attorney for Defendants,
Juan Yanez and Michael Cosentino
30 North LaSalle, Suite 900
Chicago, Illinois 60602
(312) 744-3982
Attorney No. 6280861
DATE: 5/31/17